**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

LORENZO MONTGOMERY,

              Petitioner,

    v.

R.C. JOHNSON,

              Respondent.

Case No. No. 2:21-cv-04808-MWC-SP

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), records on file, the Report and Recommendation of the United States Magistrate Judge (Dkt. 31), and Plaintiff's Objection to the Report and Recommendation (Dkt. 35).  Further, the Court has engaged in a de novo review of those portions of the Report to which petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment will be entered denying the Petition and dismissing this action with prejudice.

Dated: February 4, 2026

HONORABLE MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE