**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

LORENZO MONTGOMERY,

            Petitioner,

      v.

R.C. JOHNSON,

            Respondent.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:21-cv-04808-MWC-SP

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: February 4, 2026

HONORABLE MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE